

KMA Zuckert LLC
1350 Broadway, Suite 2410
New York, New York 10018
+1.212.922.0450 Main
www.kmazuckert.com

**Nicholas E. Pantelopoulos**
+1.212.991.5920 Direct
nep@kmazuckert.com

April 26, 2021

<u>**VIA ECF**</u>

Honorable Jesse M. Furman, U.S.D.J.
United States District Court, Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

      **RE:  EMO Trans, Inc., et al. v. M/V AMALTHEA, et al.**
       **Civil Case No.: 21-CV-1327 (JMF)**

Dear Judge Furman:

    We represent Plaintiffs, EMO Trans, Inc. and EM Lines Ltd., in the referenced action.  We respectfully submit this letter motion to request a 30-day adjournment of the Initial Pretrial Conference scheduled for May 7, 2021, to allow Plaintiffs time to either facilitate a potential resolution, which will result in the filing of a Notice of Voluntary Dismissal under Rule 41, or to formally serve the Complaint upon the Defendants herein.  This is the first request for an adjournment of the Initial Pretrial Conference in this matter.

    We thank the Court for its time and consideration of this request.

                         Respectfully submitted,

                          KMA ZUCKERT LLC

                          Nicholas E. Pantelopoulos

NEP/

Application GRANTED.  The initial pretrial conference currently scheduled for May 7, 2021 is ADJOURNED to **June 10, 2021** at **3:15 p.m.**  The Clerk of Court is directed to terminate ECF No. 12.  SO ORDERED.

April 27, 2021